| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

**1. Debtor's name**  
**Double M Ranch & Farms, LLC**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
2 0 – 6 9 3 6 2 5 2

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **21437 Farm Road 1021** | **P.O. Box 91** |
| Number   Street | Number   Street |
| | |
| | P.O. Box |
| **El Indio**      **TX**   **78860** | **El Indio**      **TX**   **78860-0091** |
| City      State   ZIP Code | City      State   ZIP Code |
| **Maverick** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number   Street |
| | |
| | City      State   ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Double M Ranch & Farms, LLC** _____ Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply:*
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [x] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

Debtor **Double M Ranch & Farms, LLC** _____ Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in _this district?_**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Double M Ranch & Farms, LLC** _____   Case number (if known) _____

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|---|
|   |   | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
Number    Street

_____

_____  _____  _____
City                                State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and adminstrative information

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
|   |   | ☑ Funds will be available for distribution to unsecured creditors. |
|   |   | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
|   |   | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
|   |   | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
|   |   | ☐ 200-999 |   |   |

| 15. | **Estimated assets** | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
|   |   | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
|   |   | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
|   |   | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
|   |   | ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
|   |   | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
|   |   | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Double M Ranch & Farms, LLC**     Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/02/2022**
MM / DD / YYYY

X **/s/ Michael L. Hayes**
Signature of authorized representative of debtor
**Michael L. Hayes**
Printed name
**Managing Member**
Title

**18. Signature of attorney**

X **/s/ William R. Davis, Jr.**     Date **05/02/2022**
Signature of attorney for debtor     MM / DD / YYYY

**William R. Davis, Jr.**
Printed name
**Langley & Banack, Inc.**
Firm name
**745 E Mulberry Ave.**
Number   Street
**Suite 700**

**San Antonio**     **TX**     **78212**
City     State     ZIP Code

**(210) 736-6600**     **wrdavis@langleybanack.com**
Contact phone     Email address
**05565500**     **TX**
Bar number     State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re **Double M Ranch & Farms, LLC**      Case No. _____

Chapter  **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept.................................................... | **$25,000.00** |
   | Prior to the filing of this statement I have received........................................ | **$0.00** |
   | Balance Due.................................................................................................... | **$25,000.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **05/02/2022** | **/s/ William R. Davis, Jr.** | |
|---|---|---|
| *Date* | *William R. Davis, Jr.* | Bar No. 05565500 |
| | Langley & Banack, Inc. | |
| | 745 E Mulberry Ave. | |
| | Suite 700 | |
| | San Antonio, TX 78212 | |
| | Phone: (210) 736-6600 / Fax: (210) 735-6889 | |

---

**/s/ Michael L. Hayes**

*Michael L. Hayes*
*Managing Member*

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Double M Ranch & Farms, LLC** | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known) | | ☐ Check if this is an amended filing |

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders** 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Cuatro Field Services, LLC<br>P.O. Box 3223<br>Lufkin, TX 75903 | | Services | Contingent<br>Unliquidated<br>Disputed | | | $53,355.00 |
| 2 | Williamson County Equipment Co., Inc.<br>P.O. Box 338<br>3064 U.S. Hwy. 90E<br>Hondo, TX 78861 | | Warranty work | Contingent<br>Unliquidated<br>Disputed | | | $8,023.87 |
| 3 | Morales Feed & Supply<br>Morales Pronto<br>P.O. Box 470<br>Devine, TX 78016 | | Goods and services | | | | $6,160.00 |
| 4 | Louisiana Dept. of Revenue<br>P.O. Box 201<br>Baton Rouge, LA 70821-0201 | | Taxes | | | | $5,858.31 |
| 5 | Michelle LeBlanc Hayes<br>c/o Kolby D. Boyett<br>2250 South McArthur Dr., 2nd Fl.<br>Alexandria, OA 71301 | | Lawsuit | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 1

Debtor  **Double M Ranch & Farms, LLC**　　　　　　　　　　Case number (if known) _____
　　　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  AJ Buildings c/o James W. King Offerman & King, LLP 6420 Wellington Place Beaumont, TX 77706 | | Lawsuit | | | | $0.00 |

Official Form 204　　**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**　　page 2

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

IN RE: **Double M Ranch & Farms, LLC**　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER　**11**

## VERIFICATION OF CREDITOR MATRIX

　　The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/2/2022　　　　　　　　　　　　　Signature  /s/ Michael L. Hayes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Michael L. Hayes*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Managing Member*

Date　　　　　　　　　　　　　　　　　　Signature

```
AJ  Buildings
c/o James W. King
Offerman & King, LLP
6420 Wellington Place
Beaumont, TX  77706

CNH
P.O. Box 71264
Philadelphia, PA  19176-6264


Cuatro Field Services, LLC
P.O. Box 3223
Lufkin, TX  75903


Hermosa Vista Ventures
P.O. Box 50526
Austin, TX  78763


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346


Louisiana Dept. of Revenue
P.O. Box 201
Baton Rouge, LA  70821-0201


Mario  A. Lamar
Allen Bryson, PLLC
1601 Elm St., Floor 32
Dallas, TX  75201


Michelle LeBlanc Hayes
c/o  Kolby  D. Boyett
2250 South McArthur Dr., 2nd Fl.
Alexandria, OA  71301


Morales Feed & Supply
Morales Pronto
P.O. Box 470
Devine, TX  78016
```

United States Attorney
Taxpayer Division
601 N.W. Loop 410 Suite 600
San Antonio, TX 78216-5512


United States Attorney General
950 Pennsylvania Ave., NW
Washington, DC  20530-0001



Vacek, Kiecke & Colmenero, LLP
901 S. Mopac Expwy., Bldg. 111, Suite 41
Austin, TX  78746



Williamson County Equipment Co., Inc.
P.O. Box 338
3064 U.S. Hwy. 90E
Hondo, TX  78861